FILED
U.S. DIST. COURT
SAVANNAH DIV.

2007 JUN 15 P 4: 28

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

THE UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) CR407-124
)
CHRISTOPHER MAUNEY and )
JOSEPH D. RAWLINS, )
)
Defendants. )

### ORDER

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, all pretrial motions are hereby moot, and a hearing in this case is deemed unnecessary.

SO ORDERED, this 15th day of June, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA